COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Matthew Brock v. The State of Texas

Appellate case numbers: 01-18-00770-CR & 01-18-00776-CR

Trial court case numbers: 1506283 & 1506284

Trial court: 338th District Court of Harris County

Appellant's court-appointed counsel, Nicholas Mensch, filed a motion to withdraw and appellate brief in each related case above on November 12, 2018, concluding that the above-referenced appeals are frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On November 26, 2018, appellant, acting pro se, filed a motion for pro se access to a copy of the records to prepare responses and a motion requesting a 30-day extension of time to file his pro se *Anders* brief responses. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

Accordingly, the Court **grants** appellant's motion requesting the records and **orders** the district clerk, no later than **10 days** from the date of this order, to provide a copy of the clerk's and reporter's records to the pro se appellant. The trial court clerk shall further certify to this Court, within **15 days** of the date of this order, the date upon which delivery of the records to the appellant is made.

Finally, the Court **grants** appellant's motion for an extension of time to file pro se *Anders* responses. Appellant's pro se responses to his counsel's *Anders* briefs shall be filed within **45 days** of the date of this order.

It is so ORDERED.

Judge's signature: ___/s/ Laura C. Higley_

☒ Acting individually □ Acting for the Court

Date: ___December 4, 2018___